R. Terry Parker, Esq.
Law Office of R. Terry Parker
43 West 43rd Street, Suite 275
New York, New York 10036-7424
Telephone: (212) 859-5068
Email: terry@rterryparkerlaw.com

> Conference adjourned from October 24, 2025 to December 1, 2025 at 12:00 p.m.
> Call-In: 1-855-244-8681;
> Access Code: 2305 810 3970#.
> SO ORDERED.
> Dated:  10/17/2025
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

October 17, 2025

**VIA ECF**

Hon. P. Kevin Castel
United States District Court
for the Southern District of New York
500 Pearl Street,
New York, NY 10007

Re:   **August Image, LLC v. Market Realist, Inc.
       Case No. 25-cv-6913 (SDNY)**

Dear Judge Castel:

I represent the plaintiff August Image, LLC ("Plaintiff") in the above-referenced action.  The parties' initial conference is currently scheduled for October 24, 2025 at 11:00 a.m.  We write to request that the conference be adjourned thirty days or to a later date and time convenient to the Court.  This is the plaintiff's first request to adjourn the conference.  The plaintiff does not have consent for this request from the defendant.  The defendant, a domestic business corporation registered with New York's Department of State, was served on August 29, 2025 through an agent of the Secretary of State pursuant to CPLR §311(a)(1) but has not responded to the Complaint.  Plaintiff hopes to avoid pursuing a default judgment and believes more time is needed to contact Defendant as well as, potentially, move to add another defendant that is liable for the claims at issue.

                                                          Respectfully submitted,

                                                          /s/ R. Terry Parker

cc: Market Realist, Inc. via regular mail to Cheryl Sullivant, at 1325 Ave. of the Americas, New York, NY 10019 (per NY Dept. of State website); Market Realist, Inc. via regular mail to 900 Third Avenue, Room 1401 New York, NY 10022 (per ZoomInfo.com); Market Realist, Inc. via email to contact@marketrealist.com.